UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:22CR00215 JM |
| | ) | |
| KENYA TAYLOR | ) | |

**<u>ORDER TO CORRECT OR CLARIFY JUDGMENT REGARDING RESTITUTION</u>**

On September 22, 2023, the Court entered the judgment in this case, including an order of restitution. On September 27, 2023, the United States filed an unopposed motion to correct or clarify judgment regarding restitution pursuant to Federal Rule of Criminal Procedure 35, and in the alternative, Federal Rule of Criminal Procedure 36.

The Court finds that the joint and several nature of a portion of the restitution order was not specified due to an inadvertent oversight and clarification is necessary pursuant to Federal Rules of Criminal Procedure 35 and 36. The Court orders that the restitution payable by Kenya Taylor is joint and several with the restitution ordered as to co-conspirator Theodis Dixson in *United States v. Theodis Dixson*, Case Number 4:22CR00021 BSM, as to the following victims in the following amounts: State Farm Bank, $54,271.41; City Credit Union, $13,000; USAA Savings Bank, $97,000; M.W. $23,000. The Court further orders that $13,500 of the $56,500 payable to D.O. is joint and several with Theodis Dixson for the reasons set forth in the United States' motion.

Additionally, as to the payment of restitution, the judgment provides, "Beginning the first month of supervised release, you are required to pay restitution ordered at a rate of at least $1,000. This amount may be changed at the direction of the Court if necessary." The Court notes that it may modify this provision based on Taylor's ability to pay at that time.

1

IT IS SO ORDERED THIS 3RD DAY OF OCTOBER, 2023.

_____
UNITED STATES DISTRICT JUDGE