# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                                  NO. 4:22-cr-00215-JM-01

KENYA TAYLOR                                                                      DEFENDANT

## AMENDMENT TO JUDGMENT & COMMITMENT ORDER

The Judgment & Commitment Order (Doc. No. 19) entered on September 22, 2023, is hereby corrected to reflect that Defendant's USM Number is 35334-510, not 31062-034.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 3rd day of November, 2023.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE